IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02246-REB-KLM

MARY E. SHULER, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

DESTINATION HOTELS & RESORTS, INC., a California corporation, and
DESTINATION WILD DUNES MANAGEMENT, INC., a South Carolina corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend the Scheduling Order** [#16][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. The Scheduling Order entered on February 24, 2014 [#13] is modified to extend the following deadlines:

- Discovery Deadline — **December 23, 2014**
- Dispositive Motions Deadline — **January 23, 2015**

    Dated: October 22, 2014

---

[1] "[#16]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.