**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02246-REB-KLM

MARY E. SHULER, on behalf of herself and all similarly situated persons,

    Plaintiff,

v.

DESTINATION HOTELS & RESORTS, INC., a California corporation, and
DESTINATION WILD DUNES MANAGEMENT, INC., a South Carolina corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me is the **Joint Stipulation of Dismissal With Prejudice** [#19][1] filed January 30, 2015. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation of Dismissal With Prejudice** [#19], is **APPROVED**;

2. That the January 30, 2015, deadline for submission of a proposed Final Pretrial Order is **VACATED**;

3. That the combined Final Pretrial Conference and Trial Preparation

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Conference set February 6, 2015, at 10:30 a.m., and the trial set to commence February 23, 2015, at 8:30 a.m., are **VACATED**; and

    4. That this action is **DISMISSED WITH PREJUDICE** with each party to pay its own attorney fees and costs.

    Dated February 2, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge